IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J.L.S., A Minor, By and Through Her Mother and Natural Guardian, DEB SMITH, | CASE NO. 8:08CV3068 |
| Plaintiff, | |
| v. | ORDER |
| KENNETH W. ELLIS, M.D., DANIEL FARRELL, M.D., WALTER K. ESKILDSEN, M.D., and THE COMMUNITY HOSPITAL ASSOCIATION D/B/A COMMUNITY HOSPITAL, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation to Dismiss Defendant Walter K. Eskildsen, M.D., with Prejudice. The Court finds that the joint stipulation should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation to Dismiss Defendant Walter K. Eskildsen, M.D., with Prejudice (Filing No. 62) is approved, and the relief requested therein is granted;

2. The Plaintiff's action against Defendant, Walter K. Eskildsen, M.D., is dismissed, with prejudice; and

3. The Clerk of the Court is directed to amend the caption in this case by terminating Walter K. Eskildsen, M.D., as a defendant.

DATED this 12th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge