IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J.L.S., a Minor, by and through her Mother and Natural Guardian, DEB SMITH, | ) ) ) ) | CASE NO. 8:08CV3068 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| KENNETH W. ELLIS, M.D. and THE COMMUNITY HOSPITAL ASSOCIATION d/b/a COMMUNITY HOSPITAL, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 77). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 77) is approved, and the relief requested therein is granted;

2. The Complaint, Amended Complaint, and all claims in this action are dismissed with prejudice;

3. The Clerk of the Court is directed to strike the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 75) for the reason that it is an incomplete document; and

4. The parties shall pay their own costs and attorneys' fees.

DATED this 20th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge